## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 61 EM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HERBERT BLAKENEY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW,** this 8th day of October, 2020, after consideration of Petitioner's "Letter in Application Affidavit Brief Motion" which this Court has treated as a Petition for King's Bench Jurisdiction, the Petition is hereby **DENIED**.

 Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.